

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00214-CV

———————————————

IN THE GUARDIANSHIP OF GARY L. LYNCH, AN INCAPACITATED PERSON

On Appeal from County Court at Law No. 1
Parker County, Texas
Trial Court No. 21G034 & 21G034-A

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On November 2, 2023, we granted appellant's "Request for Two Week Extension to Pay Clerk's and Reporter's Records," which were filed without a certificate of conference.[1] The motion was granted and stated that no further extensions would be granted. We ordered that we would dismiss appellant's appeal for want of prosecution unless, by Tuesday, November 7, 2023, appellant made full payment for the clerk's record and provide this court with proof of payment. *See* Tex. R. App. P. 35.3(a)(2), 37.3(b), 44.3.

Because appellant has not made full payment for the clerk's record, we now dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: November 16, 2023

---

[1] In our September 21, 2023 order, we ruled that Lynch had not carried her burden of proof in the trial court to proceed as indigent and ordered that she must pay for the clerk's record on or before October 2, 2023, or this appeal would be dismissed for want of prosecution.